```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF TEXAS
                     FORT WORTH DIVISION
```

| | |
|---|---|
| MATT LARSON | § |
| | § |
| V. | § CIVIL ACTION 4:16-CV-706-Y |
| | § |
| CONN APPLIANCES, INC. | § |

### ORDER ON STIPULATION TO ARBITRATION

Before the Court is the parties' Stipulation to Arbitration (doc. 26). After review, The Court ORDERS that the above-styled and -numbered case is compelled to arbitration and the action in this Court is STAYED and ADMINISTRATIVELY CLOSED pending the completion of arbitration. The case may be reopened, without prejudice, upon the motion of either party filed no later than thirty days after the arbitrator issues a final decision.

SIGNED April 11, 2018.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/sbt