IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MATT LARSON | § | |
| | § | |
| VS. | § | ACTION NO. 4:16-CV-00706-Y |
| | § | |
| CONN APPLIANCES, INC. | § | |

ORDER ON MOTION FOR EXTENSION OF TIME

Before the Court is an unopposed motion for an extension of time to file a reply in support of a motion to reopen this case and confirm an arbitration award by plaintiff Matt Larson (doc. 32). After review, the Court GRANTS the motion. Larson shall have until **11:59 p.m.** on **June 28, 2019**, to file his reply.

SIGNED June 25, 2019.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE