```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF TEXAS
                     FORT WORTH DIVISION
```

MATT LARSON                    §
                               §
VS.                            §         ACTION NO. 4:16-CV-706-Y
                               §
CONN APPLIANCES, INC.          §

<u>FINAL JUDGMENT</u>

    In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, the decision of the arbitrator is CONFIRMED.  Matt Larson shall have and recover from Conn Appliances, Inc. damages in the amount of $373,500, with post-judgment interest to accrue, as awarded by the arbitrator, in the amount of five percent per annum from June 14, 2019, until paid.  All costs of Court under 28 U.S.C. § 1920 shall be borne by Conn Appliances, Inc.

    SIGNED April <u>23</u>, 2020.

                                       /s/ Terry R. Means
                                       TERRY R. MEANS
                                       UNITED STATES DISTRICT JUDGE